01

02

03

04

05

06

07

08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

09  DERRICK M. SIMON,                          )
                                              )   CASE NO. C12-0979-JLR-MAT
10        Plaintiff,                           )
                                              )
11        v.                                   )
                                              )   **AMENDED** ORDER REVISING
12  ROBIN MURPHY, et al.,                      )   DEADLINES
                                              )
13        Defendants.                          )
    _____        )

14

15        Plaintiff Derrick M. Simon proceeds *pro se* and *in forma pauperis* (IFP) in this civil

16  rights matter pursuant to 42 U.S.C. § 1983.   On July 23, 2013, the Court issued an order

17  revising the discovery and dispositive motions deadlines (Dkt. 48), but included the wrong year

18  for both deadlines.   To correct this, the Court issues this **amended** Order and herein ORDERS

19  as follows:

20        (1)      The Court previously granted a stay of discovery in this matter pending

21  resolution of defendants' motion to dismiss.   (Dkt. 29.)   Because that motion to dismiss was

22  granted only in part (*see* Dkt. 40), the stay is no longer warranted and the deadlines as set forth

**AMENDED** ORDER REVISING DEADLINES
PAGE -1

01  in the Court's September 19, 2012 Order Regarding Pretrial Preparations (Dkt. 15) must be

02  revised.   The stay in this matter is lifted.   All discovery is to be completed by **September 20,**

03  **2013**; and (2) any and all dispositive motions shall be filed and served on or **before October 21,**

04  **2013**.

05       (2)      The Clerk is directed to send this Order to plaintiff, defendants, and to the

06  Honorable James L. Robart.

07       DATED this <u>6th</u> day of August, 2013.

08

09       Mary Alice Theiler

10       United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

**AMENDED** ORDER REVISING DEADLINES
PAGE -2