UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DERRICK M. SIMON, | ) |
| | ) CASE NO. C12-0979-JLR-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **AMENDED** ORDER REVISING |
| ROBIN MURPHY, et al., | ) DEADLINES |
| | ) |
| Defendants. | ) |

Plaintiff Derrick M. Simon proceeds *pro se* and *in forma pauperis* (IFP) in this civil rights matter pursuant to 42 U.S.C. § 1983.  On July 23, 2013, the Court issued an order revising the discovery and dispositive motions deadlines (Dkt. 48), but included the wrong year for both deadlines.   To correct this, the Court issues this **amended** Order and herein ORDERS as follows:

(1) The Court previously granted a stay of discovery in this matter pending resolution of defendants' motion to dismiss.  (Dkt. 29.)   Because that motion to dismiss was granted only in part (*see* Dkt. 40), the stay is no longer warranted and the deadlines as set forth

**AMENDED** ORDER REVISING DEADLINES
PAGE -1

in the Court's September 19, 2012 Order Regarding Pretrial Preparations (Dkt. 15) must be revised.  The stay in this matter is lifted.  All discovery is to be completed by **September 20, 2013**; and (2) any and all dispositive motions shall be filed and served on or **before October 21, 2013**.

(2) The Clerk is directed to send this Order to plaintiff, defendants, and to the Honorable James L. Robart.

DATED this <u>6th</u> day of August, 2013.

Mary Alice Theiler
United States Magistrate Judge

**AMENDED** ORDER REVISING DEADLINES
PAGE -2