UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DERRICK M. SIMON, | ) |
| | ) CASE NO. C12-0979-JLR-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER NOTING MOTION AND |
| | ) REGARDING SERVICE |
| ROBIN MURPHY, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff filed a motion seeking an extension of time for discovery (Dkt. 54). However, he did not include a noting date within the caption, as required by Local Civil Rule (LCR) 7(b)(1). Plaintiff is reminded that all motions need to include a noting date that complies with LCR 7(d). In this instance, since plaintiff is incarcerated and proceeding pro se, his motion for a discovery extension is noted on the Court's motions calendar for three Fridays after filing, or **October 4, 2013**. *See* LCR 7(d)(7).

In addition, plaintiff's motion did not include a proper Certificate of Service. Plaintiff is reminded that he must mail a copy of everything he files with the Court to counsel for defendants, and must certify that to the Court by including a Certificate of Service with his

ORDER NOTING MOTION
AND REGARDING SERVICE
PAGE -1

filings. *See* LCR 5(f) and Fed. R. Civ. P. 5(b) and (d). Future pleadings may be returned to plaintiff unfiled if he does not include a Certificate of Service stating that he mailed a copy to defendants' attorney.

DATED this 20th day of September, 2013.

/s/ Mary Alice Theiler
Mary Alice Theiler
Chief United States Magistrate Judge

ORDER NOTING MOTION
AND REGARDING SERVICE
PAGE -2