```
              FILED      ENTERED
              LODGED     RECEIVED

              FEB 14 2014
           AT SEATTLE
        CLERK U.S. DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
   BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DERRICK M. SIMON, | ) |
| | ) CASE NO. C12-0979-JLR |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER DISMISSING ACTION |
| | ) |
| ROBIN MURPHY, et al., | ) |
| | ) |
| Defendants. | ) |

The Court, having reviewed plaintiff's civil rights complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' Motion for Summary Judgment (Dkt. 56) is GRANTED, and plaintiff's Cross-Motion for Summary Judgment or Request for Leave to Amend (Dkt. 59) is DENIED;

(3) Plaintiff's complaint, and this action, are DISMISSED with prejudice; and,

///

ORDER DISMISSING ACTION
PAGE -1

12-CV-00979-ORD

01     (4)     The Clerk is directed to send copies of this Order to plaintiff and to the

02 Honorable Mary Alice Theiler.

03     DATED this 14th day of February, 2014.

                                              JAMES L. ROBART
                                              United States District Judge

ORDER DISMISSING ACTION
PAGE -2